DJM
F. #2024R00071

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KWYME WADDELL, ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

24-CR-351 (S-2) (LDH)

       Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Daniel J. Marcus, for an order

unsealing the above-captioned superseding indictment in its entirety.

       WHEREFORE, it is ordered that the above-captioned superseding indictment in

its entirety be unsealed.

Dated:   Brooklyn, New York
       _____July 29_____, 2026

_____*Joseph A. Marutollo*_____
HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK